IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACIE D. MORGAN, | NO. |
| Plaintiff, | COMPLAINT FOR LONG TERM DISABILITY BENEFITS |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

COMES NOW plaintiff, Tracie D. Morgan, with a complaint for Long-Term Disability benefits and states and alleges as follows:

## I.  IDENTIFICATION OF PLAINTIFF

1.1   At all times material herein, plaintiff was a resident of Pierce County, Washington, and was a beneficiary, participant and insured under a Long Term Disability plan covered by the Employee Retirement Income Security Act of 1974 (ERISA).

## II.  IDENTIFICATION OF DEFENDANTS

2.1.   At all times material herein, defendant, Hartford Life and Accident Insurance Company, administered an employee welfare plan governed by ERISA.  The plan is known as the PACCAR Inc Group Disability Income Insurance Plan.  Defendant, Hartford Life and Accident Insurance Company, administered the Plan, made adverse benefit determinations, and is a Plan Administrator under ERISA.  Benefits under the PACCAR

COMPLAINT FOR LONG TERM
DISABILITY BENEFITS
PAGE 1

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 21
Tacoma, Washington  98466-6223
(253) 566-6701
FAX (253) 565-0705

Inc Group Disability Income Insurance Plan are funded through an insurance policy (Group Policy No. 83123837) issued by defendant which designates plaintiff's employer, PACCAR Inc., as policyholder.

### III. FACTS

3.1 Plaintiff made application for Long-Term Disability benefits with defendant. On February 24, 2016, defendant denied plaintiff's application for Long Term Disability benefits.

3.2 Plaintiff has exhausted all administrative remedies.

### IV. CAUSE OF ACTION

4.1 Plaintiff brings this action under 29 U.S.C. § 1132(a)(1)(B) to recover Long-Term Disability benefits under an employer sponsored welfare plan.

### V. RELIEF REQUESTED

5.1 Plaintiff requests that this Court order entitlement to Long-Term Disability benefits with payment of benefits that have accrued, reinstatement to the Plan, award of attorney fees and costs, and any other relief the court deems just and equitable in the premises.

5.2 Plaintiff requests that this court require defendants to answer this complaint and supply the court with copies of the administrative record, the Summary Plan Description, and the applicable insurance policy.

DATED this 9th day of March, 2016.

TODD R. RENDA, ATTORNEY AT LAW

/s/ Todd R. Renda
Todd R. Renda WSBA# 20779
Attorney for plaintiffs
6314 19th St. West, Ste 21
Tacoma WA 98466-6223
Telephone: 253-566-6701
FAX: 253-565-0705
toddrenda@msn.com
mrenda@yahoo.com

**COMPLAINT FOR LONG TERM DISABILITY BENEFITS**
**PAGE 2**

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 21
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 565-0705